**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



---------------------------------------X
Carlos Valencia

                                                          NOTICE OF REASSIGNMENT

         -v-
                                                          7:08cv.0298(KMK)(MDF)

William Brown, Superintendent,
Eastern Correctional Facility,

---------------------------------------X

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the WP calendar of

    JUDGE: Kenneth M. Karas

    All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

                                        J. Michael McMahon, CLERK

Dated: 3/20/08
                                        by: /s/ Lorraine Lombardo
                                             Deputy Clerk


CC:   Attorneys of Record

CASE REDESIGNATED TO: Mark D. Fox


i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

                                        Revised: September 9, 2004