```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
CARLOS VALENCIA (98-A-4551),       :

                Petitioner,        :    No. 08 Civ. 0298 (KMK) (MDF)

        -against-                  :    ORDER

WILLIAM BROWN, Superintendent,
Eastern Correctional Facility,     :

                                   :

                Respondents.       :
----------------------------------x
```

MARK D. FOX, United States Magistrate Judge:

    Upon the petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254, received in this Court on November 07, 2007 it is hereby ORDERED that:

    1. Within ninety (90) days of the date of this order, respondent shall serve a copy of his answer to the petition on the petitioner herein and file the original thereof with proof of service with the Clerk of this Court in White Plains, New York;

    2. Respondent shall also submit the transcript of the trial or plea of guilty and copies of all briefs and decisions on appeal or in connection with proceedings pursuant to New York Criminal Procedure Law Article 440 or coram nobis proceedings;

    3. Petitioner, within sixty (60) days after the filing of the answer, shall serve upon Respondent's attorney and file his reply to the answer, if any, with the Clerk of this Court in White Plains, New York; and

    4. Service of a copy of this Order shall be made by the Clerk of this Court by regular mail to: (1) Petitioner, Carlos Valencia, (98-A-4551), Eastern Correctional Facility, P.O. Box 338, Napanoch, New York 12458-0338; (2) Respondent or his successor, Eastern Correctional Facility, P.O. Box 338, Napanoch, New York 12458-0338; and (3) the Attorney General of the State of New York, 120 Broadway, New York, New York 10271 and by certified mail, together with a copy of the petition, to the District Attorney of Sullivan County, Sullivan County Courthouse, 414 Broadway, Monticello, New York 12701.

Dated: March 24, 2008
White Plains, New York

                                                          MARK D. FOX
                            United States Magistrate Judge